United States District Court
Southern District of Texas
**ENTERED**
January 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD OHENDALSKI, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-2160 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Defendant*. | § | |

### ORDER

Pending before the court is a memorandum and recommendation ("M&R") entered by the Magistrate Judge on December 7, 2015. Dkt. 12. The Magistrate Judge recommends that the court grant defendant United States of America's ("USA") motion to dismiss (Dkt. 6). *Id.* Plaintiff Richard Ohendalski did not respond to the USA's motion to dismiss and did not file any objections to the M&R. After reviewing the M&R, the motion to dismiss, and applicable law, the court is in agreement with the Magistrate Judge that the court lacks subject matter jurisdiction. The M&R is ADOPTED IN FULL, and Ohendalski's claims are DISMISSED for lack of jurisdiction.

Signed at Houston, Texas on January 4, 2016.

_____
Gray H. Miller
United States District Judge